IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM STEWART NEELY,** | Case No. CIV S-08-1416 KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Respondents. | |

Respondents have requested a thirty (30) day extension of time in which to file Respondents' response to Petitioner's petition for writ of habeas corpus filed June 20, 2008 (docket no. 10). GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including April 12, 2009, in which to file Respondents' response to Petitioner's petition for writ of habeas corpus.

Dated: March 18, 2009.

U.S. MAGISTRATE JUDGE