IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM STEWART NEELY,** | Case No. CIV S-08-1416 KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Respondents. | |

Respondents have requested a second thirty (30) day extension of time in which to file Respondents' response to Petitioner's petition for writ of habeas corpus filed June 20, 2008. However, between the time the court directed respondent to respond to the petition and the filing of the underlying motion, petitioner has filed an amended petition for a writ of habeas corpus (docket no. 9). The court finds it appropriate to direct respondent to respond to this amended petition.

///////

/////

///////

| | |
|---|---|
| 1 | GOOD CAUSE APPEARING, Respondents are granted an extension of time to and |
| 2 | including June 15, 2009, in which to file Respondents' response to Petitioner's amended petition |
| 3 | for writ of habeas corpus (docket no. 12). |
| 4 | Dated: April 17, 2009. |

_____
U.S. MAGISTRATE JUDGE