# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEWART NEELY, | No. 2:08-cv-1416 WBS CKD P |
| Petitioner, | |
| v. | ORDER |
| DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

On April 29, 2015, petitioner submitted a letter in which he seeks an order directing respondents to comply with an order issued approximately 5 years ago pertaining to discovery. Petitioner's application for writ of habeas corpus was denied on February 28, 2012 and this case was closed. Petitioner appealed the decision which was not successful as the Ninth Circuit denied petitioner a certificate of appealability. See ECF No. 52. For these reasons, absent extraordinary cause, no further orders will issue in this action.

Dated: May 5, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
neel1416.158