UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM STEWART NEELY, | No. 2:08-cv-01416 WBS CKD |
| Petitioner, | |
| v. | ORDER |
| DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

----oo0oo----

Defendant's Motion for Relief from Judgment Pursuant to FRCP 60(b) (Docket No. 57) is hereby REFERRED to the assigned Magistrate Judge for findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), for determination as to (1) whether petitioner has presented newly discovered evidence, (2) whether petitioner has shown that the district court committed clear error or that the court's denial of his writ of habeas corpus was manifestly unjust, and (3) any other appropriate determinations as to petitioner's motion.  See Sch. Dist. Number. 1J, Multnomah

1

County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).

      IT IS SO ORDERED.

Dated:  August 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE